■ VICKI L. BAILEY, Appellant, v JAMES T. BAILEY, Respondent. (Appeal No. 2.) [849 NYS2d 861]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered January 9, 2007 in a divorce action. The order, insofar as appealed from, denied plaintiff's application for attorney's fees on appeal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Bailey v Bailey* (48 AD3d 1123 [2008]). Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Pine, JJ.